JUAN

MAY

| 1 | COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983 |
| 2 | Name: HARRELL, ESHAWN, MAURICE |
| 3 | (Last)                (First)                (Middle Initial) |
| 4 | Prisoner Number: #DW0463 / #1225309 |
| 5 | Institutional Address: ELMWOOD CORRECTIONAL FACILITY / SAN MATEO |
| 6 | COUNTY JAIL (LATTER: CURRENT CUSTODY AS OF 08/26/2023 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ESHAWN MAURICE HARRELL
(Enter your full name.)

vs.

SAN JOSE POLICE DEPARTMENT
JAVIER RODRIGUEZ
VALLEY MEDICAL CENTER / EMT
(Enter the full name(s) of the defendant(s) in this action.)

Case No. _____
(Provided by the clerk upon filing)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

<u>Note</u>: You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.

A. Place of present confinement  SAN MATEO COUNTY JAIL #5-WEST

B. Is there a grievance procedure in this institution?   YES ☒   NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure?   YES ☐   NO ☒

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: I FILED AN "INDEPENDENT POLICE AUDITOR" COMPLAINT FORM (FEBRUARY 2021-22) (2) 1- VIA PHONE (VERBAL COMPLAINT) 2- VIA "INDEPENDENT POLICE AUDITOR FORM" TO SANTA CLARA POLICE DEPT. INTERNAL AFFAIRS UNIT.

PRISONER COMPLAINT (rev. 8/2015)
Page 1 of 3

2. First formal level: SANTA CLARA POLICE DEPARTMENT SENT ME A LETTER FROM INTERNAL AFFAIRS SAYING "MY COMPLAINT WAS FORWARDED TO SAN JOSE PD I.A. UNIT."

3. Second formal level: I HAVE YET TO INQUIRE OF SJPD "INTERNAL AFFAIRS REVIEW AND RESPONSE TO MY COMPLAINT" DUE TO "LACK OF ACCESS TO INFORMATION."

4. Third formal level: I HAVE YET TO PROCEED AS THIS INFO IS NON-APPLICABLE (AS OF YET 08/26/2023) I HAVE NOT HAD ACCESS TO MY CASE INFO.

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ☐    NO ☒

F. If you did not present your claim for review through the grievance procedure, explain why.

I AM CURRENTLY INCARCERATED PENDING BAIL OR RELEASE THIS COMING 08/29/2023 OR 08/30/2023 AND "I HAVE LIMITED OR NO ACCESS TO FILING FEE ($400.00)"

## II. Parties.

A. Write your name and present address. Do the same for additional plaintiffs, if any.

ESHAWN MAURICE HARRELL    ESHAWN MAURICE HARRELL
2981 NIEMAN BLVD. #424    2981 NIEMAN BLVD #424
SAN JOSE, CA. 95148    SAN JOSE, CA. 95148

B. For each defendant, provide full name, official position and place of employment.

① EVERY SINGLE POLICE OFFICER WHO RESPONDED TO THE 911 CALL, 11/27/2020
② SAN JOSE POLICE DEPARTMENT K-9 WHO ATTACKED ME, 11/27/2020
③ SAN JOSE POLICE DEPARTMENT RIFLE OFFICER WHO SHOT ME WITH AR-15, 11/27/2020
④ THE INSURANCE COMPANY "THAT OWNS" THE WASHOUSE BUILDING 10TH & WILLIAMS, 11/27/2020
⑤ THE ASIAN LADY WHO CALLED 911 TO 10TH & WILLIAMS WASHOUSE, 11/27/2020
⑥ JAVIER RODRIGUEZ WHO ASSAULTED ME PRIOR TO SJPD ASSAULTING ME AGAIN. 11/27/2020
⑦ THE EMT THAT RESPONDED 11/27/2020 "TAKING THEIR FUCKING TIME ON THE WAY TO THE HOSPITAL WHERE I FLATLINED TWICE!"

PRISONER COMPLAINT (rev. 8/2015)
Page 2 of 3

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I WAS SHOT BY SAN JOSE POLICE DEPT. AND ATTACKED BY A K-9 FOR NO REASON I WAS CLEAN AND SOBER, UNARMED, AND HAD DRIVEN INTO SAN JOSE FROM A TRIP TO WATSONVILLE WHERE I SPENT THANKSGIVING WITH MY FRIEND AND HER FAMILY AND BECAUSE MY CAR WOULDN'T START JAVIER RODRIGUEZ ASSAULTED ME AND WAS THREATENING TO HARM ME BECAUSE I WOULDN'T/COULDN'T MOVE MY CAR FURTHER, SO I DEFENDED MYSELF SAN JOSE POLICE DEPARTMENT ARRIVED WITH "A TACTICAL UNIT PREPARED FOR ASSAULT" INSTEAD OF "A PATROL CAR FOR A DISTURBANCE" "WHERE" I NEVER MADE IT BACK TO MY OWN FAMILY TO DATE STEMMING FROM "11/27/2020" I WAS BLEEDING WHEN SJPD ARRIVED, THEY NEVER ASKED ME MY NAME. THEY NEVER SOUGHT MEDICAL ATTENTION. THEY JUST SHOT ME AND THEIR K-9 UNIT "DIRTY-ASS-DOG" CHEWED ON MY LEG FOR 3-MINUTES! THEY BRUSHED HIS TEETH AND GAVE HIM A TREAT BEFORE EMT WAS ALERTED OF MY INJURIES (ALL BWC/CALLS TO 911/FACILITY CAM AVAILABLE (BRETT HAMMON) 408.299.711) DROPPED ALL CHARGES 11/15/2021 I WAS FACING (HAD I BEEN CONVICTED) AN "INDETERMINATE LIFE SENTENCE" I WAS AQUITTED AND RELEASED 11/16/21

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I WAS RUSHED INTO SURGERY HAVING FLATLINED ON THE WAY TO 2-DIFFERENT HOSPITALS (REGENCY/REROUTED TO/VALLEY MEDICAL) RUSHED INTO SURGERY W/O MEDICATION AND LIED TO SAYING "YOU JUST LOST CONSCIOUSNESS" (ALL ON BODY WORN CAMS/VALLEY MEDICAL CAMS) I AM SEEKIN "ALTERNATIVE DEBT RESOLUTION" "THE MAXIMUM AWARD ALLOWED" BY SANTA CLARA COUNTY $100. MILLION DOLLARS NON NEGOTIABLE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 08/26/23

Date                                    Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3