**BRANDON F. DOUGLASS, ESQ.**
777 Marshal Street
Redwood City, CA 94063
650.260.1594
bfdesq@gmail.com

October 4, 2023

**VIA FIRST CLASS MAIL**
Magistrate Judge Susan van Keulen
San Jose Courthouse, Courtroom 6—4th Floor
280 South 1st St., San Jose, CA 95113

    RE:    Letter from Eshawn Maurice Harrell, Case Number 5:2023cv04839

Your honor:

    My name is Brandon Douglass. I am an attorney in San Mateo County. I currently represent Eshawn Harrell in an unrelated criminal matter. Mr. Harrell is in custody and asked that I send you the enclosed letter.

    Thank you.

Sincerely,

Brandon F. Douglass

BRETT HAMMOND (408) 299.7111
120 W. MISSION
SAN JOSE, CA. 95110

@ 10/03/23 @ 10:55 PM

TO WHOM THIS MAY CONCERN: CALIFORNIA NORTHERN DISTRICT COURT % MR. ESHAWN MAURICE HARRELL THE HONORABLE SUPERIOR MAGISTRATE JUDGE MRS. SUSAN VAN KEULEN w/ RESPECTFUL LOVE!

I'D LIKE TO FIRST SAY: "Thank You!" SO MUCH FOR RECIEVING THE ASSIGNMENT OF CIVIL RIGHTS ACTION § 1983 '42. I HAVE WAITED, THIS FAR, FOR THIS MOMENT, UNDER "SO MUCH P.T.S.D" (INEFFABLE) THAT I AM IN TEARS AS I WRITE THIS. I MISSED MY BROTHER (ORLANDO WINTERS (R.I.P.) FUNERAL AND MY BROTHER (FRED) NELSON HARRELL (R.I.P.) FUNERAL SERVICES ARE ON VETERANS DAY NOV. 11 WHICH IS ALSO HIS BIRTHDAY. I AM STILL IN CUSTODY DUE IN COURT OCTOBER 12, '23 ON "UNRELATED" (YET, IRONICALLY) RELATED TO AND STEMMING FROM "THE CASE IN QUESTION: NOVEMBER 27, 2020. MY ATTORNEY (THEN) IS BRETT HAMMOND AND HIS NUMBER IS 408.299.7111; HE HAS ALL "BODY WORN CAMS", "911 PHONE CALLS", "CAMERAS FROM FACILITY (WHERE IT ALL OCCURRED)" AND IS AWAITING YOUR CALL; SAID HE IS MORE THAN WILLING TO "ASSIST IN ANY CAPACITY." HE WALKED ME OUT OF AN "INDETERMINATE LIFE SENTENCE". HE ENCOURAGED ME TO FILE AFTER THEY "DROPPED ALL CHARGES" NOV. 15, '21. I PRAY THAT YOU CAN FIND IT IN YOUR HEART TO RENDER A JUDGEMENT WORTHY OF MY SUFFERING TO HEALING. Thank you & God Bless.



Brandon F. Douglass, Esq.
777 Marshall Street
Redwood City, CA 94063

RECEIVED

OCT 10 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Magistrate Judge Susan van Keulen
San Jose Courthouse, Courtroom 6—4th Floor
280 South 1st St., San Jose, CA 95113

SAN FRANCISCO CA 940
5 OCT 2023 PM 2 L
FIRST-CLASS
ZIP 94063
02 7H
0001299683
US POSTAGE PITNEY BOWES
$ 000.63
OCT 04 2023

