Your name: Eshawn M. Harrell
Address: 2981 Nieman Blvd.
#424, San Jose, Ca. 95148
Phone Number: 408·762·9592
E-mail Address: eshaunharrell5@gmail.com

Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☒ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

ESHAUN M. HARRELL

Plaintiff,

vs.

SAN JOSE POLICE DEPT.
et al.;

Defendant.

Case Number: 23-cv-04839-JD

**ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CHANGE DEADLINE FOR FILING** *[document title]*

1ST AMMENDED COMPLAINT

Judge: Hon. _____

MOTION TO CHANGE DEADLINE FOR FILING

CASE NO. _____; PAGE 1 OF 3 [*JDC TEMPLATE Rev.2017*]

1. The [title of document] **FIRST AMMENDED COMPLAINT**

   is currently due on [date] **DECEMBER 26, 2023**

2. I respectfully request that the Court change this deadline to [new date] **JANUARY 26, 2023**

3. I have [check box that applies]:

   ☒ not already asked the Court to change this deadline.

   ☐ already asked the Court to change this deadline.

4. This change is necessary because [explain]:

   **I NEED ADDITIONAL TIME TO PREPARE FOR THIS CASE AND TO RETRIEVE PERTINENT INFORMATION, BADGE #'s, etc. AND TO FILE MY "FIRST AMMENDED COMPLAINT".**

5. I believe changing this deadline [check one]:

   ☒ will not affect any other deadlines.

   ☐ may affect these other deadlines and dates [list anything else that may need to be rescheduled, such as a hearing related to the papers need to file]:

6. The opposing side [check box that applies and explain]:

   ☐ has agreed to this change.

   ☐ has not agreed. I tried to obtain the opposing party's agreement to this change,

MOTION TO CHANGE DEADLINE FOR FILING

CASE NO. _____; PAGE 2 OF 3 [JDC TEMPLATE Rev.2017]

but was unsuccessful. *[State who you tried to reach, when, and the person's response]*:

_____
_____
_____
_____
_____
_____

I declare under penalty of perjury that the above statements are true and correct.

Respectfully submitted,

Date: 12/19/23   Signature: _____

Printed name: ESHAUN M. HARRELL

Pro Se

*[Do not write below this line]*

Good cause appearing, the motion is GRANTED. The Case Management Conference is rescheduled to *[date]* _____ at *[time]* _____.

IT IS SO ORDERED.

Date: _____   *[For Judge]* _____

*[Judge's name]* _____
United States District/Magistrate Judge

MOTION TO CHANGE DEADLINE FOR FILING
_____
CASE NO. _____; PAGE 3 OF 3 *[JDC TEMPLATE Rev.2017]*