1  Your name: Eshaun Maurice Harrell
2  Address: 2981 Nieman Blvd
3  #424; San Jose, Ca. 95148
4  Phone Number: 408 762 9592
5  E-mail Address: eshaunharrell5@gmail.com
6  Pro se

**FILED**
DEC 19 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☐ Oakland ☐ San Jose ☐ Eureka

ESHAUN M. HARRELL ) Case Number: 23-cv-04839-JD
                  ) [Name] Eshaun M. Harrell
                  )
       Plaintiff, ) **NOTICE OF CHANGE OF** [check box]:
                  )
vs.               ) ☒ **ADDRESS**
SAN JOSE POLICE DEPT ) ☒ **PHONE NUMBER**
et al.; VMC       ) ☒ **EMAIL**
                  )
       Defendant. ) **Judge:** Hon. _____

As of [date of change] 12/19/2023,
my contact information has changed [check box and fill in]:

☒ Address: 2981 NIEMAN BLVD. #424
           SAN JOSE, CALIFORNIA 95148
☒ Phone number: 408.762.9592 (OR) —
☒ Email: eshaunharrell5@gmail.com

Date: 12/19/23          Signature: /s/
                        Printed name: ESHAUN M. HARRELL
                              Pro Se

NOTICE OF CHANGE OF CONTACT INFORMATION
CASE NO. _____; PAGE 1 OF 1 [JDC TEMPLATE Rev.6/2017]