UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESHAWN MAURICE HARRELL,<br><br>Plaintiff,<br><br>v.<br><br>SAN JOSE POLICE DEPARTMENT, et al.,<br><br>Defendants. | Case No. 23-cv-04839-JD<br><br>**ORDER**<br><br>Re: Dkt. No. 12 |

Plaintiff's request for an extension of time (Dkt. No. 12) is granted. An amended complaint may be filed by January 26, 2024.

**IT IS SO ORDERED.**

Dated: December 21, 2023

_____
JAMES DONATO
United States District Judge