UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESHAWN MAURICE HARRELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN JOSE POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 23-cv-04839-JD<br><br>**ORDER RE DISMISSAL** |

This is a civil rights complaint filed pro se by a former detainee. The Court dismissed the complaint with leave to amend after discussing the deficiencies in the case. The time to amend has passed and plaintiff has not filed an amended complaint. This case is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: April 8, 2024

JAMES DONATO
United States District Judge